UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION | MDL NO. 1407 |
| _____ | ORDER DENYING MOTION TO DISMISS |
| This document relates to: | |
| Eddie Bullock v. Bayer Corporation, et al., No. 3-cv-2585. | |

Harold Wheeler, M.D. and Walter Moses, M.D., two of the named defendants in the above-referenced matter, move this court to dismiss without prejudice plaintiff's complaint against them pursuant to Case Management Order 15 ("CMO 15")and Fed.R.Civ.P. 12(b)(5).

This case arose out of a multi-plaintiff suit filed in the Circuit Court of Humphreys County, Mississippi by Eddie Bullock and twelve other individuals against Bayer Corporation, Dr. Wheeler, and Dr. Moses. The case was then removed to the United States District Court for the Northern District of Mississippi and subsequently transferred to this court. On May 29, 2003, the court entered CMO 15 and ruled that multiple-plaintiff cases did not meet the threshold standard for permissive joinder under Fed.R.Civ.P. 20(a). Plaintiffs in any multiple-plaintiff case

ORDER - 1

pending in MDL 1407 as of May 29, 2003, were ordered to file and serve individual, severed complaints within 30 days of the order. Plaintiff filed an amended/severed complaint on August 18, 2003. Dr. Wheeler and Dr. Moses claim that they were never served with plaintiff's individual complaint.

In response, plaintiff presents the court with a copy of the certificate of service that was included with the individual complaint. In it Kenneth Smith of Miller & Associates, co-counsel for plaintiff, certified that he caused a copy of the individual complaint to be mailed to counsel for *all* defendants on August 18, 2003. In addition, Drs. Wheeler and Moses have failed to establish that they have been prejudiced by plaintiff's alleged failure to serve them. Moreover, if the doctors indeed had been prejudiced, they would be equally culpable with plaintiff, if not more so, for waiting nearly eighteen months before bring this motion.

Based on the foregoing, the court hereby DENIES the motion to dismiss.

DATED this 5th day of July, 2005.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER - 2